14

AO 455(Rev. 5/85) Waiver of Indictment

FILED
FEB 7 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

v.

Carlos Enrique Portillo-Quiroz
~~ADAN SALAZAR-HERNANDEZ~~

**WAIVER OF INDICTMENT**

CASE NUMBER: 08CR320-LAB

I, Carlos Enrique Portillo-Quiroz ~~ADAN SALAZAR-HERNANDEZ~~, the above named defendant, who is accused of committing the following offense:

Title 8, U.S.C., Sec. 1326(a) and (b)-Deported Alien Found in the United States (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 2-7-2008 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

[signature]
Defendant

[signature]
Counsel for Defendant

Before [signature] JUDICIAL OFFICER