FILED
MAY 6 - 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

# UNITED STATES DISTRICT COURT

Southern District Of California
Office Of The Clerk
880 Front Street, Room 4290
San Diego, California 92101-8900
Phone: (619) 557-5600
Fax: (619) 702-9900

RECEIVED
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS
PASADENA OFFICE
MAY 0 1 2008
FILED
DOCKETED
INITIAL

W. Samuel Hamrick, Jr.
Clerk of Court

To: Clerk, U.S. Court of Appeals
P.O. Box 193939
San Francisco, CA 94119-3939

**Re: USCA No: 08-50149**
**USDC No: 08cr320 LAB**
**USA v. Portillo-Quiroz**

Clerk, U.S. Court of Appeals, enclosed herewith you will please find:

| | | | | | | |
|---|---|---|---|---|---|---|
| | Copy of the Notice of Appeal | | | | Docket Entries | |
| | Case Information/Docket Fee Payment Notification Form | | | | | |
| | Order for Time Schedule (Criminal) | | | | | |
| | Original Clerk's Record in | | set(s) of | | volume(s). | |
| | Reporter's transcript's transcripts in | | set(s) of | | volume(s). | |
| | Clerk's supplemental record in | | set(s) of | | volume(s). | |
| | Exhibits in | envelope(s) | | box(es) | | folders(s) |
| | Judgement Order | **OR** | | F/P Order | | |
| | CJA Form 20 | **OR** | | Minute Order | | |
| ✖ | Certificate of Record | **OR** | | Mandate Return | | |
| | Amended docket fee notification form | | | | | |
| | Order Appointing Counsel for Appeal | | | | | |
| | | | | | | |
| ✖ | Please acknowledge on the enclosed copy of this transmittal | | | | | |

Sincerely yours,

W. Samuel Hamrick, Jr.
Clerk of Court

Date: 04/22/08

By: **L. Hammer**
Lauren Hammer, **Deputy**